## COMES NOW ADAM COY,

an inmate at Fort Dodge Correctional Facility located at 1550 L Street Fort Dodge, Iowa, 50501 PRAYS THE COURT award the Plaintiff; ADAM COY; monetary award for Emotional Distress, Pain and Suffering, and denial of Critical Medical Care. In Support of this the Plaintiff; ADAM COY; States as follows:

RECEIVED DEC 18 2023 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

1.) ADAM COY has a titanium rod inside his right femur bone, a screw above his right knee, and another screw drilled upward into his hip bone.

a.) A car accident shattered his femur bone so that all that remained was the ball joints.

b.) The surgery was performed at Mary Greeley Hospital in Ames, IA.

c.) Over time the leg has become progressively less mobile and more painful at times.

d.) Some days it feels like he needs a cane because some days sharp pain occurs when putting weight on the leg.

2.) XRAYS were performed on ADAM COY at Oakdale; Iowa Medical and Classification Center; in Coralville, Iowa before he was moved to Fort Dodge Correctional Facility. XRAYS were subsequently also performed at Fort Dodge Correctional Facility.
 a.) Plaintiff asserts that both facilities were fully informed and aware of his femur rod.
3.) On December 6th, 2023, Fort Dodge Correctional Facility moved ADAM COY to the CEDAR unit for good behavior. ADAM COY was placed on the left upper wing of CEDAR on the top bunk.
 a.) The left upper wing is upstairs on the second floor
 b.) The top bunk requires climbing a ladder to bed about 5'6" off the ground.
 c.) The ladder is 1'2" from a locker leaving little room to attempt to bend the leg more comfortably.
4.) Upon discovering his new cell upstairs on the top bunk ADAM COY messaged Medical Services that same day, without further delay.

a.) Medical Services set up an appointment 1 week and 1 day later on December 14th 2023.

b.) Because of the long delay on his appointment ADAM COY had sharp, throbbing, and reoccuring pain from continuously climbing the stairs and the ladder in his cell.

5.) On December 14th 2023, the day of his appointment the entire CEDAR unit was put on 24 hour lockdown for an issue with a small group of inmates that had nothing to do with the rest of the unit and nothing to do with ADAM COY. They punished the whole unit for the actions of a few and because of this fact ADAM COY was denied his Medical and psychological appointments.

a.) the psychological appointment was scheduled for December 14th 2023 at 8:00am.

b.) The medical appointment was scheduled for December 14th 2023 at 9:10 am.

c.) Plaintiff asserts that the appointment had to be rescheduled but could not even message Medical Services to set it up that day.

d) Plaintiff asserts that this caused an unreasonable delay in medical attention causing the continued pain and suffering in ADAM COY'S femur.

6) Plaintiff asserts the pain and the 21 hours of being locked down in Cedar unit Cell 79 has caused Emotional Distress and the inability to continue climbing up and down without severe pain.

a) The lack of room between the ladder and the locker makes it very difficult and dangerous with my injury.

7) Plaintiff's leg has a crater 6 inches long and 3/8th of an inch wide of missing muscle tissue, this causes a lack of mobility because moving certain ways without the extra muscle tissues to help the movement.

a) ADAM COY also has a screw drilled upwards into his hip bone which causes certain movements to "Jar or Jam" painfully against the hard, solid, and stationary screw. affecting his Mobility.

8) On December 8th the pain has caused ADAM COY to walk with a limp subsequently

after being placed on left upper wing on the top bunk of Cell 79.

9) Before Cedar ADAM COY did not raise this issue because he was on bottom bunk prior to moving to Cedar.

a) Plaintiff asserts that even though Fort Dodge Correctional Facility had his XRAYS and gave him a resistance band for the minimum amount of physical therapy; that Fort Dodge knowingly still placed ADAM COY on the top bunk upstairs regardless of empty bottom bunks in other cells.

10) Cedar unit has top bunks, bottom bunks, and floor bunks. ADAM COY NEEDS a bottom bunk; top and floor bunks are both painful for him to enter and exit.

11) As of December 14th 2023 ADAM COY has been intentionally denied his bunk restriction appointment and intentionally left on the top bunk upstairs regardless of him messaging medical staff about his concerns for 7 nights of pain and suffering so far without being able to even reschedule the appointment.

12) Fort Dodge Correctional Facility does not have any physical therapists on site or otherwise.

a) Plaintiff believes and asserts that he needs electric muscle physical therapy that Fort Dodge Correctional Facility does not provide. The only "physical therapy" Fort Dodge provides is a resistance band for self administered therapy with no access to a real physical therapist working for Fort Dodge.

b) This prevents ADAM COY from acquiring physical therapy in the future from Fort Dodge Correctional Facility and prevented him from getting physical therapy during his entire stay so far.

13) Plaintiff asserts that the placement in Cell 79 has caused injury to his femur and hip that has not been further reviewed by any medical staff as of December 14th 2023.

14) Plaintiff asserts he has provided ample/ multiple messages and conversations with Fort Dodge Staff; in person and over the computer; of his injuries.

a) Messages from ADAM COY to Medical Services were responded with an appointment has been set up and no response to the claims of severe pain.
b) the appointment was denied over a week later.
c) Plaintiff told the "pill line" nurse that his appointment was denied and informed her of his pain; She replied it will have to be rescheduled in another week.
d) Messages beyond Medical Services were sent by ADAM COY to the ~~[scribbled]~~ Nurse Supervisor with the same responses that an appointment was scheduled.
e) psychological appointment also needed rescheduled.

WHEREFORE, the Plaintiff, ADAM COY, prays that the court award monetary damages in the amount of $1,000,000 for pain and suffering; $1,000,000 for the denial of critical care; and $1,000,000 for Emotional Distress. Plaintiff also requests assistance with receiving proper medical care and a bunk restriction. Please hold them accountable.

Respectfully Submitted,
Adam Coy

Adam Coy #6395521
Fort Dodge Correctional Facility - 1114
PO Box 96777
Las Vegas, NV, 89143

X. ...ATED & CLEARED BY ___ M.S. ___

Clerk of US District Court
PO Box 9344
Des Moines, IA, 50306-9344

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections

50306-934444